# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: December 16, 2025

* * * * * * * * * * * * *
BRITTANY TANT                *
                                 *
          Petitioner,                *              No. 24-1255V
                                 *
v.                                     *              Special Master Gowen
                                 *
SECRETARY OF HEALTH      *          Order Concluding Proceedings
AND HUMAN SERVICES,       *
                                 *
          Respondent.             *
* * * * * * * * * * * * *

*Jeffrey S. Pop*, Jeffrey S. Pop & Associates, Beverly Hills, CA, for petitioner.
*Crystal Fialkowski,* U.S. Department of Justice, Washington, D.C., for respondent

## <u>ORDER CONCLUDING PROCEEDINGS[1]</u>

On August 15, 2024, Brittany Tant ("petitioner") filed a claim in the National Vaccine Injury Compensation Program.[2] Petition (ECF No. 1). Petitioner alleged that as a result of receiving the influenza ("flu") vaccine, she developed cerebellar ataxia. *Id.* at Preamble.

On December 15, 2025, the parties filed a joint stipulation of dismissal stating, "The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action shall be dismissed. Joint Stipulation ¶ 2 (ECF No. 25).

Under Vaccine Rule 21(a), petitioner may engage in a voluntary dismissal by filing a stipulation of dismissal which all parties have signed, which the parties in this matter have done. Unver Vaccine Rule 21(a)(3), the result of a joint stipulation of dismissal is an Order Concluding

---

[1] Pursuant to the E-Government Act of 2002, see 44 U.S.C. § 3501 note (2012), **because this opinion contains a reasoned explanation for the action in this case, I intend to post it on the website of the United States Court of Federal Claims.** The Court's website is at http://www.uscfc.uscourts.gov/aggregator/sources/7. Before the opinion is posted on the Court's website, each party has 14 days to file a motion requesting redaction "of any information furnished by that party: (1) that is a trade secret or commercial or financial in substance and is privileged or confidential; or (2) that includes medical files or similar files, the disclosure of which would constitute a clearly unwarranted invasion of privacy." Vaccine Rule 18(b). An objecting party must provide the Court with a proposed redacted version of the opinion. *Id.* **If neither party files a motion for redaction within 14 days, the opinion will be posted on the Court's website without any changes.** *Id.*

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to 34 (2012) (hereinafter "Vaccine Act" or "the Act"). Hereinafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

Proceedings.  No judgment will enter pursuant to Vaccine Rule 11 for the purposes of 42 U.S.C. § 300aa-21(a).

**Thus, this case is DISMISSED.  The Clerk of the Court is directed to remove this case from the docket of the undersigned.**

**IT IS SO ORDERED.**

<u>**s/Thomas L. Gowen**</u>
Thomas L. Gowen
Special Master